# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PAUL PATRICK JOLIVETTE, *et al.*, <br><br> Petitioner/Claimant, <br><br> v. <br><br> PEOPLE OF THE STATE OF CALIFORNIA, *et al.*, <br><br> Defendants. | Case No. 2:13-cv-02322 -APG-NJK <br><br> **ORDER** |

Presently before the Court is an Affidavit and Request for Issuance of Writ of Execution [Dkt. #4] filed by plaintiff. The Court has concerns about the validity of the purported Foreign Judgment upon which Plaintiff seeks to execute. Moreover, it appears that the Affidavit and Request have not been served upon defendants. Nor does it appear that the purported Registration [Dkt. #1], or any other documents filed in this matter, have been properly served upon the Defendants.

Accordingly, Plaintiff's Request for a Writ of Execution [Dkt. #4] is DENIED WITHOUT PREJUDICE.

**IT IS FURTHER ORDERED** that Plaintiff shall properly serve process upon all defendants in this case as required under the Federal Rules of Civil Procedure, including serving upon all defendants all documents filed in this case. Thereafter, Plaintiff shall file proof of proper service. Failure to do so will result in dismissal of this case.

Dated: January 30, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE