# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PAUL PATRICK JOLIVETTE, *et al.*,<br><br>　　　　Petitioner/Claimant,<br><br>　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA, *et al.*,<br><br>　　　　Defendants. | Case No. 2:13-cv-02322 -APG-NJK<br><br>**ORDER** |

　　　　Plaintiff commenced this action as Case No. 2:13-ms-00091 by filing, among other things, an Affidavit in Support of Registration of Foreign Judgment. Subsequently, this "miscellaneous" file converted into an active civil litigation matter (bearing Case No. 2:13-cv-02322). However, the alleged Foreign Judgment upon which this case was originally premised is from an unknown court and jurisdiction which the undersigned does not recognize and which likely does not exist. Registration of that alleged Judgment is improper under 28 U.S.C. § 1963. Accordingly, the Request for Registration of the Foreign Judgment (Dkt. #1) is declined.

　　　　**IT IS ORDERED** that the Clerk's office refund the fees paid by Plaintiff in connection herewith.

　　　　**IT IS FURTHER ORDERED** that the Clerk's office close this file.

　　　　Dated: April 25, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE